IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, et al.,<br><br>Defendants. | 8:22CV10<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On May 20, 2022, the clerk of the court received notice from the Platte County Detention Center that Plaintiff Austin D. Anderson is no longer an inmate at that facility. Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff Austin D. Anderson must update his address within 30 days. Failure to do so will result in his dismissal from this action without further notice.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 24, 2022**: check for address.

Dated this 25th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge