IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, Jail Administrator, Scotts Bluff County Detention Center; MICHAEL DEDINSKY, Deputy Jail Administrator, Scotts Bluff County Detention Center; JULIE WHITE, Administrative Sergeant, Scotts Bluff County Detention Center; VAL RIVAS, Mail Room Supervisor, Scotts Bluff County Detention Center; KARI WOLF, Mail Room Clerk; JEREMIAH BRETTHAUER, Inmate Services Liasion, Scotts Bluff County Detention Center; SCOTTS BLUFF COUNTY DETENTION CENTER, COUNTY OF SCOTTS BLUFF, NEBRASKA, acting through the Scotts Bluff County Detention Center; SCOTTS BLUFF COUNTY SHERIFF'S DEPARTMENT, MARK OVERMAN, Sheriff, Scotts Bluff County Detention Center; and SCOTTS BLUFF COUNTY COMMISSIONERS,<br><br>Defendants. | 8:22CV10<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On May 25, 2022, the clerk of the court sent an order to Plaintiff David A. Jackson-Mackay ("Plaintiff")

at his last known address, and it was returned to this court as undeliverable. (*See* Filing 33.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in his dismissal from this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **July 7, 2022**: check for address.

Dated this 7th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge