IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, et al.,<br><br>Defendants. | 8:22CV10<br><br>**MEMORANDUM AND ORDER** |

    Plaintiff Austin D. Anderson filed his Amended Complaint in this matter on March 18, 2022, while he was incarcerated. The court granted him leave to proceed in forma pauperis on May 10, 2022, also while he was incarcerated. On June 9, 2022, Plaintiff filed a notice of change of address, indicating he is no longer incarcerated.

    Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff Austin D. Anderson must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in his dismissal from this action without further notice to Plaintiff.

    2.    The clerk of the court is directed to send to Plaintiff Austin D. Anderson the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: **July 11, 2022: deadline for Plaintiff Austin D. Anderson to file new IFP application or pay filing fee.**

Dated this 10th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge