IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, et al.,<br><br>Defendants. | 8:22CV10<br><br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. On June 7, 2022, the clerk of the court sent an order to Plaintiff Preston Wisenbaker at his last-known address and it was returned as undeliverable. The order was then resent to an new address Plaintiff had provided in the interim. (See Filing Nos. 35, 43, 45.) However, the order was again returned to the court as undeliverable on July 6, 2022. (See Filing 51.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff Preston Wisenbaker must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to said Plaintiff.

    2.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **August 8, 2022**: check for address.

    Dated this 7th day of July 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge