IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER, | 8:22CV10 |
| Plaintiffs, | ORDER |
| vs. | |
| VONNIE COTANT, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff Jackson-Mackay's Notice of Objection (Filing 72), treated as a motion for reconsideration, is denied.

Dated this 3rd day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge