IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, et al.,<br><br>Defendants. | 8:22CV10<br><br>MEMORANDUM AND ORDER |

Plaintiff David A. Jackson-Mackay claims he did not receive a service copy of the court's September 23, 2022 Memorandum and Order (Filing 68). The clerk of the court will be directed to send Plaintiff another copy without cost. Other filings referenced in Plaintiff's motion did not originate with the court or did not require service.

IT IS ORDERED that Plaintiff's motion for copies (Filing 83) is granted in part and denied in part as follows:

1. The clerk of the court is directed to mail Plaintiff David A. Jackson-Mackay another copy of the court's September 23, 2022 Memorandum and Order (Filing 68).

2. In all other respects, the motion is denied.

Dated this 28th day of November, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge