IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID A. JACKSON-MACKAY, AUSTIN D. ANDERSON, and PRESTON WISENBAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>VONNIE COTANT, Jail Administrator, Scotts Bluff County Detention Center, individual capacity; MICHAEL DEDINSKY, Deputy Jail Administrator, Scotts Bluff County Detention Center, individual capacity; JULIE WHITE, Administrative Sergeant, Scotts Bluff County Detention Center, individual capacity; VAL RIVAS, Mail Room Supervisor, Scotts Bluff County Detention Center, individual capacity; KARI WOLF, Mail Room Clerk, individual capacity; JEREMIAH BRETTHAUER, Inmate Services Liasion, Scotts Bluff County Detention Center; COUNTY OF SCOTTS BLUFF, NEBRASKA, acting through the Scotts Bluff County Detention Center; and MARK OVERMAN, Sheriff, Scotts Bluff County Detention Center, individual capacity;<br><br>Defendants. | **8:22CV10**<br><br><br><br>**ORDER** |

This matter is before the Court on the Notice of Returned Mail filed by Defendants. Filing No. 92. Defendants mailed their Motion for Summary Judgment, Filing No. 89, and supporting materials, Filing No. 90; Filing No. 91, to each Plaintiff on March 31, 2023, and the mail sent to Plaintiff Preston Wisenbaker was returned to counsel for Defendants as undeliverable on April 20, 2023. Filing No. 92 at 2; Filing No. 92-1. Plaintiff has an obligation to keep the Court informed of his current address at all

times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff Preston Wisenbaker must update his address within 30 days. Failure to do so will result in Wisenbaker's dismissal from this action without further notice.

2. The Clerk of the Court is directed to send a copy of this Order to each Plaintiff at the addresses on file with the Court and also to Plaintiff Preston Wisenbaker at the following address:

> Preston Wisenbaker
> 55860-509
> USP Yazoo City
> U.S. Penitentiary
> P.O. Box 5000
> Yazoo City, MS 39194.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 26, 2023**: check for address.

Dated this 26th day of April, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge